Elisabeth B. Donnovin
Johnson, Mulroony & Coleman, P.C.
428 McCallie Avenue
Chattanooga, TN 37402
Telephone: (423) 266-2300
Facsimile: (423) 266-6906
Email: edonnovin@johnsonmulroony.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-0368 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Susan H. Scissom, individually and as surviving spouse of Mark Anthony Scissom for and on behalf of his heirs,<br>Plaintiff<br><br>vs.<br><br>Pfizer Inc, et al.,<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendants in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs.

DATED: 10/4, 2010   By: [signature]

**JOHNSON, MULROONY & COLEMAN, P.C.**
428 McCallie Avenue
Chattanooga, TN 37402
Telephone: (423) 266-2300
Facsimile: (423) 266-6906

*Attorneys for Plaintiffs*

DATED: Nov. 16, 2010   By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Nov. 19, 2010

[signature]
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**